```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
  UNITED STATES OF AMERICA              :
                                        :
          -against-                     :
                                        :
  FALIKOU KONE                          :      19-CR-808 (VEC)
                                        :
                          Defendant.    :      ORDER
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2021

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 4, 2021, Mr. Kone appeared for a bail hearing;

WHEREAS the Court finds that there is a condition or combination of conditions that will reasonably ensure the safety of the community and the appearance of the Defendant for trial;

IT IS HEREBY ORDERED THAT: The Court is prepared to order Mr. Kone's release on bail upon satisfaction of the following conditions: (i) Pretrial supervision as directed by pretrial services; (ii) Mr. Kone will be subject to home incarceration at his wife's residence in the Bronx, enforced through GPS monitoring; (iii) a $100,000.00 personal recognizance bond which must be co-signed by two financially-responsible persons, one of whom must reside in the United States, and by Mr. Kone's wife as moral suasion; and (iv) Mr. Kone must surrender any travel documents and may not obtain new travel documents. If Mr. Kone is able to satisfy these conditions, the parties should contact the Magistrate Judge to arrange for his release. He may not be released until all conditions have been met.

**SO ORDERED.**

Date: May 13, 2021
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**