## MEMO ENDORSED

# Patrick J. Joyce Esq.

**Attorney at Law**
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_9/17/2021_

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07079
(973) 324-271

September 17, 2021

Honorable Valerie E. Caproni
United States District Court Judge
40 Foley Square
New York, New York 10013

> Re:USA v. Falikou Kone
> 19-Cr. 808 (VEC

Dear Judge Caproni,

I am the attorney for the above named defendant. Today, September 17, 2021 represents the day on which my response to the Government's motion *in limine* is due. (See, modification of court's initial scheduling order contained at ECF 203) While my response is complete in principal, my client, Mr. Kone would like further time to review the submission before I file. Mr. Kone and I are meeting in person in my office on Wednesday September 22, 2021. I therefor respectfully request that the court extend the time for filing defendant's response to the government's *motion in limine,* until September 22, 2021.

I have consulted with AUSA Bhatia and he does not object to this request.

Respectfully submitted,

Patrick Joyce

Cc: AUSA Bhatia (*via ecf*)

Application GRANTED. Defendant's response to the government's *motion in limine* is due **September 22, 2021.**

SO ORDERED.

*Valerie Caproni*

9/17/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

1