UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X

UNITED STATES OF AMERICA,

-against-

FALIKOU KONE. et al.,

ORDER

~~20 Cr. 160 (MKV)~~
19-CR-808 (VEC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2021

-----------------------------------------------X

Upon the application of FALIKOU KONE, a defendant in this matter, by his attorney Patrick Joyce Esq., for an order authorizing the appointment of Robert Moore. Esq., as associate counsel, pursuant to Criminal Justice Act, 18 U.S.C. § 3006A;

IT IS HEREBY ORDERED, that Robert Moore, Esq., is appointed to assist in the representation of FALIKOU KONE in the above-captioned matter. pursuant to Criminal Justice Act. 18 U.S.C. 3006A, and is authorized to bill at the rate of one hundred dollars ($100) per hour.

Dated: DECEMBER 18, 2021
       New York, New York

SO ORDERED

*Valerie Caproni* (signature)

The Honorable Valerie Caproni
District Judge, United States District Court
Southern District of New York

The Clerk of Court is respectfully directed to close the open motion at docket entry 360.

~~This document was entered on the docket on _____~~