

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 1, 2022

**BY CM/ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2022
```

The Honorable Valerie E. Caproni
United States District Court for the
  Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Falikou Kone*, S4 19 Cr. 808 (VEC)

Dear Judge Caproni:

    Following the telephonic conference in the above-captioned matter on May 31, 2022, the Government writes to advise the Court that it currently intends to call one witness at the suppression hearing scheduled for June 6, 2022. That witness, New York City Police Officer Darwin Dume, participated in the October 2, 2022 arrest of the defendant, which is the subject of the suppression hearing. Officer Dume has pre-arranged international travel from June 6, 2022 until June 13, 2022. Due to this conflict, the Government respectfully requests the Court to adjourn the suppression hearing. Counsel for Mr. Kone has indicated that they are not available the week of June 13, but that they are "not averse" to adjourning the hearing to the week of June 21-24.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

    By:  /s/_____
        Kedar S. Bhatia
        Christy Slavik
        Assistant United States Attorney
        (212) 637-2465 / 1113

Cc:    Counsel of record (via ECF)

Application GRANTED in part.  The hearing on the suppression motion originally scheduled for June 6, 2022, is hereby adjourned to **Wednesday, June 29, 2022 at 9:30 a.m.**  The hearing shall take place after jury selection.  Trial will proceed the following day.  The parties' deadline to exchange exhibits, exhibit lists, and witness lists, and to provide courtesy copies to the Court, is **June 24, 2022.**  The final pre-trial conference remains scheduled for **Friday, June 17, 2022 at 1:00 p.m.**

SO ORDERED.

Date: 6/2/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE