

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 6/3/2022

# PATRICK J. JOYCE, ESQ.

Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07040
(973) 324-9417

June 2, 2022

***VIA ECF***

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    RE:    **United States v. Falikou Kone**
               **19-CR-808 (VEC)**

Dear Judge Caproni,

    We represent the Defendant, Falikou Kone, in the above-captioned case, and submit this letter to respectfully request an extension of time to file a reply to the Government's response (Dkt. 426) to Defendant's motion to suppress (Dkt. 419), from June 3, 2022 at 12:00 PM (Dkt. 420) to June 7, 2022 at 5:00 PM.  The Government (through AUSA Kedar Bhatia) consents to the extension.

    Defense counsel needs additional time to review the 3500 material and Rule 16 material produced yesterday which pertain to the Government's response filed yesterday.  (Dkt. 426).  In addition, today the Court adjourned the suppression hearing which was scheduled for June 6, 2022 to June 29, 2022 (Dkt. 427), so there is no prejudice to the Government if the request to which they already consent is granted.

Respectfully submitted,

s/Patrick Joyce
s/Robert Moore

Application GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]*   Date: 6/3/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE