```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
  UNITED STATES OF AMERICA,              :
                                         :
       -against-                         :    19-CR-808 (VEC)
                                         :
  FALIKOU KONE,                          :    ORDER
                                         :
                            Defendant.   :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/7/2022

VALERIE CAPRONI, United States District Judge:

WHEREAS a jury trial in this case began on June 29, 2022; and

WHEREAS on July 6, 2022, Defendant was found guilty on Counts One, Two, and Three of the Fourth Superseding Indictment;

IT IS HEREBY ORDERED that post-trial motions pursuant to Federal Rules of Criminal Procedure 29 and 33 are due by no later than **July 20, 2022**; the Government's response is due by no later than **August 10, 2022**; Defendant's reply is due by no later than **August 17, 2022**.

IT IS FURTHER ORDERED that sentencing will be held on **Tuesday, November 1, 2022 at 2:30 p.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. Sentencing submissions are due by no later than **October 18, 2022**.

**SO ORDERED.**

**Date: July 7, 2022**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**