```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
    UNITED STATES OF AMERICA         :
                                                :        19-CR-808 (VEC)
        -against-                         :
                                                :            ORDER
    FALIKOU KONE,                       :
                                                :
                            Defendants.  :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       IT IS HEREBY ORDERED that on July 5, 2022, this Court appointed Dawn Cardi to appear on behalf of Falikou Kone for the limited purpose of resolving a dispute between Mr. Kone and his counsel of record during his criminal trial.

**SO ORDERED.**

Date: **August 24, 2022**
      **New York, NY**

                                                  VALERIE CAPRONI
                                                **United States District Judge**