**MEMO ENDORSED**

# PATRICK J. JOYCE, ESQ.
Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/21/2022

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07040
(973) 324-9417

September 8, 2022

*VIA ECF*

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      RE:    <u>United States v. Falikou Kone</u>
                **19-CR-808 (VEC)**

Dear Judge Caproni,

      I represent the Defendant, Falikou Kone, in the above-captioned case, and submit this letter to respectfully request a brief adjournment of the sentencing, currently scheduled for November 1, 2022, to November 21, 2022, with the parties' sentencing memoranda due on or before November 7, 2022.

      Probation was not able to conduct its presentence interview of Defendant with counsel present at MDC until September 1, 2022, and consequently, the parties will not have the final PSR prior to filing their sentencing memoranda. Both parties agree that they should have same prior to filing.

      The Government (through AUSA Kedar Bhatia) consents to the adjournment request.

      For these reasons, Defendant respectfully requests that his sentencing be adjourned to November 21, 2022, and the parties ordered to file their sentencing memoranda on before November 7, 2022.

Respectfully submitted,

s/Patrick Joyce

---

Application GRANTED. Sentencing will be held on **November 21, 2022 at 11:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The parties' sentencing submissions are due no later than **November 7, 2022**.

SO ORDERED.

*[signature]*       Date: 9/21/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE