```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2022
```

------------------------------------------------------------ X
    UNITED STATES OF AMERICA,  :
               -against-  :  19-CR-808 (VEC)
    FALIKOU KONE,  :  <u>ORDER</u>
                        Defendant.  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for a status conference on October 28, 2022.

IT IS HEREBY ORDERED that, as discussed at the conference, Mr. Kone's request for new counsel is GRANTED. With thanks from the Court, Mr. Joyce and Mr. Moore are hereby relieved as counsel; the Court reappoints Dawn Cardi as Mr. Kone's counsel.

IT IS FURTHER ORDERED that Mr. Kone's sentencing, previously scheduled for November 21, 2022, is hereby ADJOURNED *sine die*.

IT IS FURTHER ORDERED that a status conference will be held on **Thursday, November 10, 2022 at 10:30 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date: October 28, 2022**
**New York, NY**

                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**