USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
    UNITED STATES OF AMERICA,        :
                                                 :
            -against-                    :            19-CR-808 (VEC)
                                                 :
    FALIKOU KONE,                         :            <u>ORDER</u>
                                                 :
                      Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS the parties appeared for a status conference on November 10, 2022.

       IT IS HEREBY ORDERED that, as discussed at the conference, any motion to supplement or amend post-trial motions or to issue a subpoena for police department telephone records is due no later than **November 30, 2022**; the Government's response is due no later than **December 7, 2022**; Mr. Kone's reply, if any, is due no later than **December 14, 2022**.

**SO ORDERED.**

Date:  November 10, 2022
         New York, NY

                                                         **VALERIE CAPRONI**
                                                         **United States District Judge**