USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
    UNITED STATES OF AMERICA,                                :
                                                             :
           -against-                                         :    19-CR-808 (VEC)
                                                             :
    FALIKOU KONE,                                            :    ORDER
                                                             :
                                    Defendant.               :
------------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED the Court will hear oral argument on Mr. Kone's motion for a Rule 17 Subpoena, Dkt. 502, on **Friday, January 13, 2023 at 11:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date:  **December 21, 2022**
      **New York, NY**

                                                                 **VALERIE CAPRONI**
                                                    **United States District Judge**