USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/03/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA             :
                                     :           19-CR-808 (VEC)
       -against-                     :
                                     :           ORDER
FALIKOU KONE,                        :
                                     :
                         Defendant.  :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on **February 3, 2023**, the parties appeared for a conference and oral argument on Defendant's motions pursuant to Rules 17, 19, and 33 of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that for the reasons stated at the conference, the motions are DENIED. The Clerk of Court is respectfully directed to terminate the open motions at docket entries 468 and 502.

IT IS FURTHER ORDERED that Mr. Kone will be sentenced on **Thursday, March 23, 2023 at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The parties' sentencing submissions are due no later than **March 2, 2023**.

**SO ORDERED.**

Date: February 3, 2023
      New York, NY

_____
VALERIE CAPRONI
United States District Judge