```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
    UNITED STATES OF AMERICA            :
                                        :    19-CR-808 (VEC)
            -against-                   :
                                        :    ORDER
    FALIKOU KONE,                       :
                                        :
                          Defendant.    :
------------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

The parties are scheduled to appear for sentencing on **Thursday, March 23, 2023 at 2:30 P.M.** Please be advised that the Court is considering a sentence that would constitute an upward variance from the applicable guideline range.

**SO ORDERED.**

Date: March 20, 2023
New York, NY

_____
**VALERIE CAPRONI
United States District Judge**