USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
—----------------------------------------------------X

UNITED STATES OF AMERICA,

              -against-.                        No. 19 Cr. 808 (VEC)

FALIKOU KONE,

              Defendant.
—--------------------------------------------------X

### *DEFENDANT'S PRO SE REQUEST TO ADJOURN SENTENCING*

    Defendant, hereby invoking his Sixth Amendment Right to self-representation, does hereby move this Court to adjourn the sentencing currently scheduled to take place March 23, 2023, and 2:30 PM. For the reasons stated below, the Court should grant this request.

1. Defendant was convicted after a jury trial on three substantive counts purporting to charge him with wire fraud, bank fraud, and transportation of stolen motor vehicles. Sentencing is currently scheduled to take place on March 23, 2023. However, today the Government filed with the Court its position regarding matters relevant to sentencing. Defendant has not yet had an opportunity to consult with counsel regarding the matter.

2. Defendant is requesting a thirty day adjournment of the sentencing to afford him both and opportunity to address, by and through counsel, some if the issues raised in the Government's March 21, 2023 sentencing submission, and to present evidence in mitigation of the sentencing in accordance with Rule 32(i)(1)(4)(A)(ii) of the Federal Rules of Criminal Procedure.

    WHEREFORE, Defendant prays that an order granting this request will issue forthwith, in the interest of Justice.

Dated: Brooklyn, New York
       March 21, 2023

                                                  Respectfully submitted,
                                                  ***Falikou Kone***

                                                  _____
                                                  FALIKOU KONE
                                                  REGISTER NO. 55511-054
                                                  MDC BROOKLYN
                                                  P.O. BOX 329002
                                                  BROOKLYN, NEW YORK 11232

cc: U.S. Attorney Office (SDNY)

Application DENIED.  Mr. Kone is reminded that he may proceed *pro se* or with current counsel, Dawn Cardi, but he may not do both.

SO ORDERED.

*[signature: Valerie Caproni]*     Date: 3/22/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE