USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA          :
                                  :     19-CR-808 (VEC)
         -against-                :
                                  :     ORDER
FALIKOU KONE,                     :
                                  :
                    Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED that Mr. Kone must appear for sentencing today, March 23, 2023 at 2:30 p.m. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date: March 23, 2023
     New York, NY

**VALERIE CAPRONI**
**United States District Judge**