USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA :
:  19-CR-808 (VEC)
-against- :
: ORDER
FALIKOU KONE, :
:
Defendant. :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS Mr. Kone was scheduled to be sentenced on March 23, 2023;

WHEREAS the Court denied Mr. Kone's and his counsel, Dawn Cardi's request to adjourn sentencing, *see* Dkts. 531–533; and

WHEREAS Mr. Kone refused to appear for sentencing despite being informed that his and his attorney's requests for an adjournment had been denied.

IT IS HEREBY ORDERED that, in lieu of entering a force order, Mr. Kone's sentencing is ADJOURNED to **Monday, April 3, 2023** at 2:30 p.m. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

IT IS FURTHER ORDERED that defense counsel must inform Mr. Kone that if he again refuses to appear in Court as required, the Court will enter a force order to ensure his appearance.

**SO ORDERED.**

**Date: March 23, 2023**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**