USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/5/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
   UNITED STATES OF AMERICA          :
                                                 :          19-CR-808 (VEC)
            -against-                      :
                                                 :          <u>ORDER</u>
   FALIKOU KONE,                           :
                                                 :
                              Defendant.    :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on April 3, 2023, the parties appeared for Mr. Kone's scheduled sentencing.

       IT IS HEREBY ORDERED that on April 3, 2023, the Court appointed Mr. Telemachus Kasulis to appear on behalf of Falikou Kone for the limited purpose of assisting Mr. Kone in deciding whether to proceed with his current counsel or to proceed *pro se*.

**SO ORDERED.**

Date:  April 5, 2023
        New York, NY

                                                      **VALERIE CAPRONI**
                                                   **United States District Judge**