USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/5/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,

    -against-  :  19-CR-808 (VEC)

FALIKOU KONE,  :  ORDER

                    Defendant.  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 9, 2021, Mr. Kone was arraigned on the Superseding Indictment (S4) at docket entry 252, *see* Dkts. 253–54;

WHEREAS the Government dismissed Count One of the Superseding Indictment (conspiracy to commit wire fraud and bank fraud) and proceeded to trial on Counts Two through Six of the Superseding Indictment, which were renumbered in a so-called "trial indictment" as Counts One through Five, *see* Dkt. 471-1 (the "Trial Indictment"); and

WHEREAS at trial, the jury was charged on and returned a verdict consistent with the numbering of the Counts that appears in the Trial Indictment, *see* Dkt. 447 (the "Verdict Sheet").

IT IS HEREBY ORDERED that the Judgment reflects the Counts on which Mr. Kone was convicted with reference to the Superseding Indictment (S4) — Counts Two, Three, and Four — which correspond to Counts One, Two, and Three in the Trial Indictment.

**SO ORDERED.**

**Date: April 5, 2023**
**New York, NY**

                                                            **VALERIE CAPRONI**
                                                            **United States District Judge**