**MANDATE**

1:19-cr-00808-VEC-8

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 28 2025

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of June, two thousand twenty-five.

United States of America,

      Appellee,

  v.

Salifou Conde,  AKA Sealed Defendant 1, Sekhou Toure, Alseny Keita,  AKA Sealed Defendant 1, Abrahim Dukuray, Aboubakar Bakayoko, Sylvain Gnali Gnahore,  AKA Sealed Defendant 1, Issiaga Sylla,  AKA Sealed Defendant 1,

      Defendants,

Falikou Kone,

      Defendant - Appellant.

**ORDER**

Docket Nos. 24-2375(L), 25-65(Con)

By order dated May 28, 2025, the Court directed Appellant to file a transcript status update letter by June 18, 2025, or a default deadline will be set for the opening brief. Appellant failed to submit a transcript status update. Upon consideration thereof,

IT IS HEREBY ORDERED that Appellant must file his opening brief by August 6, 2025. The appeals will be dismissed effective August 6, 2025, if the opening brief is not filed by that date.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 08/28/2025**